NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GENERAL DYNAMICS CORPORATION,**
*Appellant,*

v.

**LEON E. PANETTA, SECRETARY OF DEFENSE,**
*Appellee.*

---

2012-1249

---

Appeal from the Armed Services Board of Contract Appeals in no. 56744, Administrative Judge Robert T. Peacock.

---

**ON MOTION**

---

**ORDER**

General Dynamics Corporation moves without opposition to withdraw Elaine J. Goldberg as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GENERAL DYNAMICS CORPORATION v. LEON PANETTA            2
SECRETARY OF DEF

FOR THE COURT

**OCT 0 1 2012**
_____          /s/ Jan Horbaly
        Date                 Jan Horbaly
                             Clerk

cc:  Paul M. Smith, Esq.
     David F. D'Alessandris, Esq.

s26